Order entered October 29, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01491-CR

**DAVID ODEMWINGIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0701267-Q**

## ORDER

BEFORE US, is Appellee's October 28, 2019 unopposed motion for extension of time to

file its brief. We **GRANT** the motion. Appellee shall file its brief no later November 22, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE